

# MEISTER SEELIG & FEIN LLP

2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535

Lawrence F. Morrison
Partner
Direct (212) 655-3582
Fax (646) 539-3682
lfm@msf-law.com

August 23, 2010

**VIA ECF**

Ms. Jacqueline DePierola
Courtroom Deputy
Chambers of the Hon. Arthur J. Gonzalez
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    **Re:**    In Re: Double Exposure Studios LLC, Case No.: 09-15030 (AJG);
            In Re: Markus Klinko Photography, Inc., Case No.: 09-15082 (AJG);
            In Re: Indrani Pal-Chaudhuri, Case No.: 09-15217 (AJG);
            In Re: Markus Klinko, Case No.: 10-10053 (AJG);
            <u>Markus Klinko v. Anthony LoPresti, Adv. Proc.No.: 10-02904 (AJG)</u>

Dear Ms. DePierola:

    This shall confirm that all status conference for the above-referenced Debtors have been adjourned on consent from August 25, 2010 at 9:30 a.m. to September 8, 2010 at 9:30 a.m. Additionally, the Plaintiff's Motion to Dismiss Defendant's Third and Fourth Counterclaims in the Markus Klinko v. Anthony adversary proceeding is also adjourned on consent to September 8, 2010.

    Please call me with any questions or concerns.

                                          Respectfully submitted,

                                          Lawrence Morrison

LFM/dm

cc: Anthony LoPresti via facsimile (212) 658-9001
    Andrea B. Schwartz via facsimile (212) 668-2255
    Douglas J. Pick, Esq. via facsimile (212) 695-6007

NEW JERSEY: 2 Centre Court, Williamsburg Commons; East Brunswick, NJ 08816 Tele.(732)432-0073
CALIFORNIA: Chassman & Seelig LLP; 350 South Figueroa Street, Suite 420; Los Angeles, CA 90071 Tele.(213)626-6700