UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re                                               Chapter 11
DOUBLE EXPOSURE STUDIOS, LLC,      Case No. 09-15030 (AJG)

                          Debtor.
---------------------------------------------------------------x

## ORDER EXPUNGING CLAIM NO. 6
## (ANTHONY LOPRESTI)

Upon the application dated July 19, 2010 (the "Application"), the Affidavit of Indrani Pal-Chaudhuri, sworn to on July 19, 2010, the Official Committee of Unsecured Creditors (the "Committee") of Double Exposure Studios, LLC, the debtor and debtor-in-possession herein (the "Debtor"), by and through its undersigned counsel, and the exhibit annexed to the Application, submitted in support of the entry of an Order, pursuant to §502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), expunging Claim No. 6 asserted against the Debtor as more particularly set forth in the Application; and due and adequate notice of the Application and the hearing in connection therewith having been given; and it appearing that no other or further notice need be given; and upon the record of the hearing held in connection with the Application; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the claim filed by Anthony LoPresti and docketed as Claim number 6 is hereby expunged.

Dated: New York, New York
         August 25, 2010

                                                        **s/Arthur J. Gonzalez**
                                                        HONORABLE ARTHUR J. GONZALEZ
                                                        CHIEF UNITED STATES BANKRUPTCY JUDGE